IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**KLAMATH COMMUNITY COLLEGE,**

       Plaintiff,

v.

**UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; DENIS MCDONOUGH,**

       Defendants.

No. 1:21-cv-01700-CL

**ORDER**

AIKEN, District Judge.

This case comes before the Court on a Findings and Recommendation filed by Magistrate Judge Mark Clarke. ECF No. 38. Judge Clarke recommends that Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim, ECF No. 26, should be denied.

Under the Federal Magistrates Act, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Id.* at 154. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

In this case, no party has filed objections to the F&R. The Court has reviewed the F&R and finds no error. The F&R, ECF No. 38, is therefore ADOPTED. Defendants' Motion to Dismiss for Lack of Jurisdiction for Failure to State a Claim, ECF No. 26, is DENIED.

It is so ORDERED and DATED this  20th  day of October 2022.

  /s/Ann Aiken
ANN AIKEN
United States District Judge