

**DEPARTMENT OF VETERANS AFFAIRS**
VA Regional Office
PO Box 8888
Muskogee, OK  74402-8888

January 18, 2018

In Reply Refer To:
TRACY HEAP                                          351/22
KLAMATH COMMUNITY COLLEGE              1-4-9194-37
7390 SOUTH 6TH STREET
KLAMATH FALLS OR  97603

Mr. Heap:

We appreciate the courtesy extended to our United States Department of Veterans Affairs (VA) representatives during the compliance survey conducted with your facility. This letter is furnished to apprise you of the survey findings.

## What We Reviewed

Initially, this was a routine compliance survey.  However, 100% of the students pursuing any flight degree program during the survey review period between August 1, 2013, and June 27, 2017, were included in the initial review of records.  In total 45 student records were included in the initial survey (12 non-flight + 33 flight degree).

## What We Found

**The Code of Federal Regulations, (CFR), requires facilities to provide the records and accounts of VA beneficiaries and other students for examination. (38 CFR §21.4209, 21.7307, 21.9770)**

Your school failed to meet the requirements in 1 out of 45 records reviewed.

**The Code of Federal Regulations, (CFR), requires facilities to accurately certify VA beneficiaries are enrolled in and pursuing the approved program as certified (38 CFR 21.3030, 21.5131, 21.7130, 21.7630, 21.9710).**

Your school failed to meet the requirements in 34 out of 45 records reviewed.

**The Code of Federal Regulations, (CFR), requires facilities to maintain accurate, current and complete records of enrollment, correspondence lessons serviced, flight training hours or App/OJT hours.   (38 CFR §21.4253, 21.4254)**

Your school failed to meet the requirements in 9 out of 45 records reviewed.

**The Code of Federal Regulations, (CFR), requires facilities to accurately and**

*Visit us at http://benefits.va.gov/gibill/*

**AR04334**

EXHIBIT 3

2

**promptly report enrollment, tuition and fees. (38 CFR § 21.4203(e)(f)(g), 21.4204, 21.7156, 21.9735).**

Your school failed to meet the requirements in 37 out of 45 records reviewed.

**The Code of Federal Regulations, (CFR), requires facilities to promptly notify VA when beneficiaries terminated or interrupted training.   (38 CFR §21.4203, 21.7156, 21.9735)**

Your school failed to meet the requirements in 2 out of 45 records reviewed.

**The Code of Federal Regulations, (CFR), requires facilities to promptly notify VA when beneficiaries did not progress satisfactorily according to approved standards and practices of the facility.  (38 CFR § 21.4203(d), 21.4277)**

Your school failed to meet the requirements in 1 out of 45 records reviewed.

**The Code of Federal Regulations, (CFR), requires facilities to promptly notify VA of any changes in credit or clock hours, or tuition & fees, that would affect the amount of payment to beneficiaries.  (38 CFR §21.4203, 21.7156(b), 21.9735)**

Your school failed to meet the requirements in 9 out of 45 records reviewed.

**The Code of Federal Regulations, (CFR), VA policy and applicable regulations require facilities to define the specific amount of flight training hours required and mandatory fees for the flight degree programs.   (38 CFR § 21.4235, 21.7020(b)(23), 21.4253, 21.4252, 21.9710, 21.4203, 21.7156(b), 21.9735)**

Your school failed to meet the requirements in 32 out of 45 records reviewed.

**No benefits payable for any flight degree program for any terms after November 1, 2015, due school did not have an approvable/payable flight degree program.**

Your school failed to meet the requirements in 33 out of 45 records reviewed.

**The school failed to follow applicable provision of law.  Students could not have been qualified based on Federal Aviation Regulations to begin instrument or commercial flight training on date specified.**

Your school failed to meet the requirements in 2 out of 45 records reviewed.

**AR04335**

**The school failed to follow its own policy concerning incomplete grades. Records show students were given more time than school policy stipulates to convert I grade.**

Your school failed to meet the requirements in 6 out of 45 records reviewed.

## What We Did

Based on the number and nature of the discrepancies found, a referral was made to the Education Officer to evaluate for potential school liability.  You will receive further communication about this referral at a later date.

## What You Should Do

Please do not make any corrections on enrollment certifications submitted to VA for students reviewed in this compliance survey.

If you have questions or require assistance with any VA regulations or requirements, please contact Ms. Kate Nicholson, the VA Education Liaison Representative for Oregon, by phone at (503) 412-4669 or email at Katherine.Nicholson@va.gov.

Thank you,

*Stewart Land*

Education Compliance Survey Specialist
US Department of Veterans Affairs
VA Regional Office
Muskogee OK  74401
Phone: 918-781-7827
Stewart.land@va.gov

**AR04336**